## ** UNITED STATES DISTRICT COURT
## CIVIL MOTION MINUTES **

Date: 9/15/2022　　　　　　　　　　　　Judge: Patricia T. Giles
Time: 10:04 am – 10:28 am　　　　　　　Courtroom Deputy: Katie Galluzzo
Civil Action Number: 1:22cv450　　　　Reporter: Rhonda Montgomery

### Vitiello et al v. Miyares et al

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| John Shoreman | Sandra Gregor for Jason Miyares, Scott Hook |
|  | William Tunner for J.S. Walton, Jeremy Falls, Fred S Clark, Matthew Kite, and Tracy Martin |

Appearance of counsel

Matter on for Defendants' [20, 22, 24, 26] Motions to Dismiss

Motions to Dismiss for Lack of Jurisdiction [20, 24] argued and GRANTED WITHOUT PREJUDICE

Motions to Dismiss for Failure to State a Claim [22, 26] DENIED AS MOOT

Plaintiff granted leave to file Amended Complaint