IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VIRGINIA ANIMAL OWNERS ALLIANCE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JASON S. MIYARES, in his official capacity as Attorney General for the State of Virginia, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-450 (PTG/JFA) |

## **ORDER**

This matter is before the Court on Defendants' 12(b)(1) Motions to Dismiss (Dkt. 20, 24) and Defendants' 12(b)(6) Motions to Dismiss (Dkt. 22, 26). For the reasons stated from the bench, it is hereby

ORDERED that Defendants' 12(b)(1) Motions to Dismiss (Dkt. 20, 24) are GRANTED WITHOUT PREJUDICE. It is further

ORDERED that Defendants' 12(b)(6) Motions to Dismiss (Dkt. 22, 26) are DENIED AS MOOT.

/s/
Patricia Tolliver Giles
United States District Judge

Dated: September 15th, 2022